_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

OCT - 9 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| AMRIT CHATELAIN, | ) | CASE NO. C07-0489-MJP |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director of U.S. Immigration and Customs Enforcement, | ) | |
| Respondent. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remainder of the record, finds and ORDERS as follows:

(1)   The Court adopts the Report and Recommendation;

(2)   Respondent's Motion to Dismiss (Dkt. #13) is GRANTED, and this action is DISMISSED with prejudice.

(3)   The Clerk shall send a copy of this Order of Dismissal to all counsel of record, and to Judge Theiler.

DATED this 9 day of October, 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL
PAGE -1

07-CV-00489-ORD